5/6/2025 3:43 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007785
Selina Hamilton

**CAUSE NO. D-1-GN-23-007785**

| | | |
|---|---|---|
| **CITY OF GRAND PRAIRE,** *et al.*, *Plaintiffs*, | § § § | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS |
| **and** | § | **IN THE** 5/9/2025 8:59:44 AM |
| **CITY OF BROWNSVILLE,** *et al.*, *Intervenor-Plaintiffs*, | § § § | CHRISTOPHER A. PRINE<br>Clerk<br>**261ST DISTRICT COURT OF** |
| **v.** | § § | |
| **THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON,** *in his official capacity*, **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS GLEN HEGAR,** *in his official capacity, and* **THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,** *Defendants*, | § § § § § § § § § § | **TRAVIS COUNTY, TEXAS** |
| **and** | § § | |
| **LONG TAIL TRAIL INVESTMENTS, LLC,** *Intervenor-Defendant*. | § § | |

**NOTICE OF APPEAL**
*by*
**INTERVENOR-PLAINTIFF CITY OF BROWNSVILLE**

COMES NOW, CITY OF BROWNSVILLE, Intervenor-Plaintiff herein, and files this Notice of Appeal, and in support thereof respectfully shows:

1.  On April 14, 2025 in cause number D-1-GN-23-007785, styled *City of Grand Prairie, City of Aledo, City of Angleton, City of Aubrey, City of Bulverde, City of Clyde, City of College Station, City of Crandall, City of Denison, City of Denton, City of Edcouch, City of Elsa, City of Fate, City of Hutto, City of Kaufman, City of Lavilla, City of Lockhart, City of McKinney, City of Navasota, City of Parker, City of Van Alstyne, and Aubrey Municipal Development District and City of Brownsville, City of Anna, City of Cibolo and City of Bonham vs. The*

*State of Texas, Attorney General Kenneth Paxton, in his Official Capacity, Texas Comptroller of Public Accounts Glenn Hegar, in his Official Capacity, and the Office of the Texas Comptroller of Public Accounts and 2020 Long Tail Trail Investments, LLC*, in the 261st District Court of Travis County Texas, Honorable Maria Cantu Hexsel issued an Order on Pending Motions, against Plaintiffs and Intervenor-Plaintiffs.

2. Intervenor-Plaintiff City of Brownsville desires to appeal said order.

3. The appeal is taken to the Fifteenth Judicial District Court of Appeals at Austin, Travis County.

4. This notice of appeal is filed within 30 days of the order entered and is thus timely per Rule 26.1 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

CITY OF BROWNSVILLE

GUILLERMO "WILL" TREVIÑO
CITY ATTORNEY
State Bar No. 24044743
Litigation@brownsvilletx.gov
Will.Trevino@brownsvilletx.gov
(956) 548 – 6070
1001 East Elizabeth Street
Brownsville, Texas 78520

 /s/ Lena Chaisson-Muñoz
_____
Lena Chaisson-Muñoz
Assistant City Attorney
State Bar No. 24085244
Lena.Munoz@brownsvilletx.gov
Jennifer Avendaño
First Assistant City Attorney
State Bar No. 24052304
Jennifer.Avendano@brownsvilletx.gov
Criselda Rincon-Flores
Assistant City Attorney

State Bar No. 24049412
Criselda.Flores@brownsvilletx.gov

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of May 2025, a true and correct copy of this Notice of Appeal has been delivered to all counsel of record via EFSP and/or e-mail.


/s/ Lena Chaisson-Muñoz
_____
Lena Chaisson-Muñoz

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100509352
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL BY INTERVENOR-PLAINTIFF CITY OF BROWNSVILLE
Status as of 5/9/2025 8:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherry Brown | | sherry@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Clark McCoy | 90001803 | cmccoy@wtmlaw.net | 5/6/2025 3:43:46 PM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 5/6/2025 3:43:46 PM | SENT |
| David Overcash | 24075516 | david.overcash@wtmlaw.net | 5/6/2025 3:43:46 PM | SENT |
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Michael Bostic | 24113617 | michael.bostic@tdlr.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Stephen Speck | 24120474 | stephen.speck@cpa.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Marianne Banks | | marianne@texasmunicipallawyers.com | 5/6/2025 3:43:46 PM | SENT |
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Hope Avila | | hope@texasmunicipallawyers.com | 5/6/2025 3:43:46 PM | SENT |
| Timothy Dunn | | timothy@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/6/2025 3:43:46 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Becky Kohl | | beckyk@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Timothy A.Dunn | | taddunn@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100509352
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL BY INTERVENOR-PLAINTIFF CITY OF BROWNSVILLE
Status as of 5/9/2025 8:43 AM CST

Case Contacts

| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
|---|---|---|---|---|
| Maisa Siqueira | | maisa@txmunicipallaw.com | 5/6/2025 3:43:46 PM | SENT |
| Josh Morrow | | Josh@lkcfirm.com | 5/6/2025 3:43:46 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 5/6/2025 3:43:46 PM | SENT |
| Will Trevino | | will.trevino@brownsvilletx.gov | 5/6/2025 3:43:46 PM | SENT |
| Maida Garcia | | maida.garcia@brownsvilletx.gov | 5/6/2025 3:43:46 PM | SENT |
| Evelyne Jones | | ejones@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 5/6/2025 3:43:46 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 5/6/2025 3:43:46 PM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 5/6/2025 3:43:46 PM | SENT |